## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| DON BENNY ANDERSON, | ) |
|     Petitioner, | ) |
| v. | ) No. 05-1164 |
| R. V. VEACH, WARDEN | ) |
|     Respondent. | ) |

## **O R D E R**

Before the Court is Petitioner Don Benny Anderson's Motion for Leave to Proceed In Forma Pauperis on Appeal ("Motion") [Doc. #17]. Because Petitioner's appeal is "not taken in good faith," the Court will deny his Motion.

Despite whether a petitioner has sufficient funds to take an appeal, a litigant claiming IFP status on appeal must still pass through the screening mechanism of Title 28 U.S.C. § 1915(a)(3). Under § 1915(a)(3), the Court is required to screen Petitioner's appeal to determine whether it is taken in good faith. See Lee v. Clinton, 209 F.3d 1025, 1026 (7th Cir. 2000). "[A]n appeal in a frivolous suit cannot be 'in good faith' under § 1915(a)(3), because 'good faith' must be viewed objectively." Moran v. Sondalle, 218 F.3d 647, 650 (7th Cir. 2000). Thus, to meet the "good faith" requirement, a court must "find that a reasonable person could suppose that the appeal has some merit." Walker v. O'Brien, 216 F.3d 626, 632 (7th Cir. 2000) (citations omitted).

On June 10, 2005, this Court denied Petitioner's § 2241 Habeas Petition because it was clearly frivolous [Doc. #2]. As stated in this Court's previous orders, Petitioner is seeking Habeas relief

based on his expired Texas state sentence although he is currently being held as a federal prisoner on unrelated charges.  The Court cannot grant Petitioner such relief.  Accordingly, the Court finds that a reasonable person could not suppose that Petitioner's appeal has some merit and, therefore, it is not taken in good faith.

IT IS THEREFORE ORDERED that Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal [Doc. #17] is DENIED..

Entered this  8th  day of November, 2005.

                                               /s/ Joe B. McDade
                                              JOE BILLY McDADE
                                       United States District Judge